Marcus I. Vejar, OSB#194708
Marcus.vejar@lanecountyor.gov
Erin Pettigrew, OSB# 125100
Erin.pettigrew@lanecountyor.gov
LANE COUNTY OFFICE OF LEGAL COUNSEL
125 East Eighth Avenue
Eugene, OR 97401
541/682-6561
541/682-3803 fax
Of Attorneys for Defendant Lane County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| OLD HAZELDELL QUARRY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LANE COUNTY OREGON,<br><br>    Defendant. | **Case No.**  6:22-cv-00706-AA<br><br>**STIPULATED MOTION FOR A PROTECTIVE ORDER** |

**MOTION FOR A PROTECTIVE ORDER**

One or more of the parties has requested the production of documents or information that at least one party considers to be or to contain confidential information and subject to protection under Federal Rule of Civil Procedure 26(c).  The parties agree that good cause exists to protect the confidential nature of the information contained in documents, interrogatory responses, responses to requests for admission, or deposition testimony.  This action concerns Plaintiff's constitutional takings and due process claims. The parties have exchanged and expect to further exchange documents and information that a party may consider sensitive and/or private information. The parties agree that, pursuant to the terms of the proposed Stipulated Protective

1 – STIPULATED MOTION FOR A PROTECTIVE ORDER

Order ("Protective Order") filed herewith, entry of the proposed Protective Order is warranted to protect against disclosure of such documents and information and hereby request entry of the Protective Order.

So stipulated:

| SOKOL LARKIN | LANE COUNTY OFFICE OF LEGAL COUNSEL |
|---|---|
| /s/ Grant N. Margeson | /s/ Erin M Pettigrew |
| Grant N. Margeson, OSB #923623 | Erin M. Pettigrew, OSB #125100 |
| Attorney for Plaintiff | Attorney for Defendant |

2 – STIPULATED MOTION FOR A PROTECTIVE ORDER

## CERTIFICATE OF SERVICE

I, Erin M. Pettigrew, certify that on February 16, 2024, I served the foregoing **STIPULATED MOTION FOR A PROTECTIVE ORDER** upon the parties hereto by the method indicated below and addressed to the following:

| | |
|---|---|
| Thomas A. Larkin, OSB #923623<br>Sokol Larkin<br>4380 S Macadam Ave, Suite 350<br>Portland, OR 97239 | **CM/EFC, email** |
| Grant N Margeson, OSB #215754<br>Sokol Larkin<br>4380 S Macadam Ave, Suite 350<br>Portland, OR 97239 | **CM/EFC, email** |
| Shiwanni Johnson, OSB #214106<br>Sokol Larkin<br>4380 S Macadam Ave, Suite 350<br>Portland, OR 97239 | **CM/EFC, email** |

**LANE COUNTY OFFICE OF LEGAL COUNSEL**

    s/ Erin M. Pettigrew
Erin M. Pettigrew, OSB #125100
LANE COUNTY OFFICE OF LEGAL COUNSEL
125 East Eighth Avenue
Eugene, Oregon 97401
(541) 682-4442  phone
(541) 682-3803  fax
Erin.pettigrew@lanecountyor.gov